**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SIMONE JORDAN,

      Plaintiff,                        CASE NO. 06-CV-10979

-vs-                                    PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

PATRICIA CARUSO,
PAUL H. RENICO,                       PAUL J. KOMIVES
JOHN DOE, TODD PENTRICH,      UNITED STATES MAGISTRATE JUDGE
BEVERLY MURDOCK, and
NEMUS GONZALEZ,

      Defendants.
_____/

**ORDER**
**(1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**(2) DIRECTING CLERK TO CORRECT THE CASE CAPTION TO REFLECT THE**
**PROPER SPELLING OF DEFENDANT TODD PENTRICH'S NAME;**
**(3) DIRECTING THE CLERK TO CORRECT THE CASE CAPTION TO INCLUDE**
**THE FIRST NAME OF DEFENDANT BEVERLY MURDOCK;**
**(4) DENYING DEFENDANTS' MOTION TO DISMISS**

     Before the Court is the Magistrate Judge's January 26, 2007 Report and Recommendation (Docket No. 10) on Defendants' June 2, 2006 Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) (Docket No. 5). Neither party has filed timely Objections under 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2).

     Having reviewed the Magistrate Judge's conclusions of fact and discussion of the law, the Court hereby:

     (1)    **ACCEPTS** the Magistrate Judge's Report and Recommendation;

     (2)    **DIRECTS** the Clerk to correct the case caption to reflect the proper spelling of Defendant Todd Pentrich's name and to include Defendant Beverly Murdock's first name; and

1

(3)     **DENIES WITHOUT PREJUDICE** Defendants' Motion to Dismiss.

**SO ORDERED.**

                                   s/Paul D. Borman
                                   PAUL D. BORMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  March 7, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 7, 2007.

                                   s/Denise Goodine
                                   Case Manager