UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMONE JORDAN,

       Plaintiff,                                   CASE NO. 06-10979

v.                                                 PAUL D. BORMAN
                                                   UNITED STATES DISTRICT JUDGE

PATRICIA CARUSO, et al                 PAUL J. KOMIVES
                                                   UNITED STATES MAGISTRATE JUDGE

       Defendant,
_____/


**ORDER
REMANDING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
TO MAGISTRATE JUDGE FOR IMMEDIATE CONSIDERATION OF PLAINTIFF'S
OTHER CONSTITUTIONAL CLAIMS**


On March 5, 2008, the Court received a 36 page Report and Recommendation ("R&R") regarding Defendants' Rule 12(b) Motion to Dismiss or Alternative Rule 56(b) Motion for Summary Judgment.

The R&R did not deal with all the issues raised by Defendants' Motion. Having read Defendants' Motion, this Court concludes that the Defendants' Motion encompasses all of Plaintiff's constitutional claims revolving around his name change and his prison door card.

The Court requests that the Magistrate Judge provide expeditious consideration of and a supplemental recommendation as to the other constitutional claims.[1]

**SO ORDERED**.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 31, 2008.

s/Denise Goodine
Case Manager

---

[1] This Court notes that Plaintiff prisoner is a serial litigant having filed four additional civil rights cases in this Court, and seven civil rights cases in the Western District of Michigan.