UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMONE JORDAN,

        Plaintiff,

v.

        Case No. 06-cv-10979

        Paul D. Borman
        United States District Judge

PATRICIA CARUSO, et al.,

        Paul Komives
        United States Magistrate Judge

        Defendants.

_____/

## OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Dkt. No. 45), (2) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Dkt. No. 38), AND (3) DISMISSING THE CASE

      Before the Court is Magistrate Judge Paul Komives' Report and Recommendation Regarding Defendant Pentrich and Murdock's November 6, 2009 Motion for Summary Judgment. (Dkt. No. 45). Plaintiff was served with the Report and Recommendation on September 7, 2011.

      Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Defendants' Motion for Summary Judgment, and **DISMISSES** this case **WITH PREJUDICE**.

      This Order closes the case.

**IT IS SO ORDERED.**

                          s/Paul D. Borman_____
                          PAUL D. BORMAN
                          UNITED STATES DISTRICT JUDGE

Dated: September 28, 2011

I hereby certify that the foregoing document was served upon counsel of record electronically and /or by U.S. Postal mail on September 28, 2011.

                                                 S/Felicia Moses for Denise Goodine
                                                 Case Manager